```
                                        U.S. DISTRICT COURT
                                        DISTRICT OF VERMONT
                                              FILED
            UNITED STATES DISTRICT COURT
                                         2009 APR 14  PM 3:55
              FOR THE DISTRICT OF VERMONT
                                             CLERK
                                         BY_____
                                              DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 1:08CR98-01 |
| ) | |
| ) | (18 U.S.C. § 1001) |
| EMILE PARKER ) | |
| ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about August 3, 2008, in the District of Vermont, the defendant EMILE PARKER, in a matter within the jurisdiction of the Department of Homeland Security, part of the executive branch of the Government of the United States, knowingly and willfully made a materially false statement, to wit, that he had not recently entered the United States from Canada.

(18 U.S.C. § 1001(a)(2))


_____
PAUL J. VAN DE GRAAF (GLW)
Acting United States Attorney

Burlington, Vermont
April 14, 2009

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>EMILE PARKER           ) | Criminal No. 1:08-CR-98-01 |

## CERTIFICATE OF SERVICE

I, Michele Cheever, hereby certify that on the 14th day of April, 2009, I filed the **SUPERSEDING INFORMATION** with the Clerk of the Court and mailed a copy of such filing to: Bradley S. Stetler, Esq., 95 St. Paul Street, Burlington, VT 05401.

*/s/ Michele Cheever*
Michele Cheever
Legal Assistant